# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: James Stewart v JPMorgan Chase Bank N.A., et. al..

Case Number: 1:18-cv-07584

An appearance is hereby filed by the undersigned as attorney for:
Codilis & Associates, P.C.

Attorney name (type or print): Julie DeJong

Firm: Codilis & Associates, P.C.

Street address: 15W030 N. Frontage Road, Suite 100

City/State/Zip: Burr Ridge, IL 60527

Bar ID Number: 6292681
(See item 3 in instructions)

Telephone Number: 6307945300

Email Address: Julie.Dejong@il.cslegal.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/26/2018

Attorney signature: S/ Julie Dejong
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2018 I electronically filed the attached Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all registered users.

And I hereby certify that on December 26, 2018, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

James Stewart
8132 S Harvard
Chicago, IL 60620

                                              Respectfully submitted,

                                       By: __/s/ Julie DeJong_____
                                                       ARDC #: 6292681
                                           CODILIS & ASSOCIATES, P.C.
                      15W030 North Frontage Road, Suite 100
                                      Burr Ridge, IL 60527
                                      Phone: (630) 794-5300
                                          Fax: (630) 794-9090
                                    Julie.DeJong@il.cslegal.com
            **NOTE: This law firm is deemed to be a debt collector**