UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES STEWART<br><br>         PLAINTIFF,<br><br>v.<br><br>JPMORGAN CHASE BANK N.A. et al.<br><br>         DEFENDANTS. | 1:18-cv-07584<br>Judge John Robert Blakey<br>Magistrate Judge Young B. Kim |

## DEFENDANT CODILIS & ASSOCIATES, P.C.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Codilis & Associates, P.C. ("Codilis"), by and through its attorneys Codilis & Associates, P.C., respectfully moves this Court for an enlargement of time in which to respond to Plaintiff's complaint. In support thereof states as follows:

1. Plaintiff's Complaint was filed on November 15, 2018.

2. Codilis was served on or about November 27, 2018.

3. Plaintiff and Codilis have been engaged in settlement discussions, have verbally reached a settlement, reduced said settlement to writing, and are finalizing the language of same.

4. Codilis requires an enlargement of time to allow the parties to continue to pursue settlement or, if settlement negotiations fail, to allow Codilis to answer or otherwise plead to Plaintiff's complaint.

5. Plaintiff communicated to Codilis's office that he did not oppose an extension of time for Codilis to respond to his Complaint.

1

WHEREFORE, Codilis & Associates, P.C. requests an order enlarging the time within which it must answer or otherwise plead to Plaintiff's Complaint.

Respectfully submitted this 26th day of December, 2018.

                                            Codilis & Associates, P.C.,

                                           /s/ Julie L. DeJong_____
                                           ARDC #6292681
                                           Codilis & Associates, P.C.
                                           15W030 North Frontage Road, Suite 100
                                           Burr Ridge, IL 60527
                                           (630) 794-5300
                                           Email: julie.dejong@il.cslegal.com

**NOTE: This law firm is deemed to be a debt collector.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2018 I electronically filed the attached Unopposed Motion of Codilis & Associates, P.C. for Enlargement of Time, with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all registered users.

And I hereby certify that on December 26, 2018, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

James Stewart
8132 S Harvard
Chicago, IL 60620

Respectfully submitted,

By: __/s/ Julie DeJong_____
ARDC #: 6292681
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
Phone: (630) 794-5300
Fax: (630) 794-9090
Julie.DeJong@il.cslegal.com
**NOTE: This law firm is deemed to be a debt collector**
