**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STEWART, JAMES, )<br>　　　　　Plaintiff, )<br> )<br>　　　v. )<br> )<br>JPMORGAN CHASE BANK, N.A (JP )<br>CREDITOR); JPMORGAN CHASE BANK, )<br>N.A (JP SERVICER); MCCALLA )<br>RAYMER PIERCE, LLC (MRLP); )<br>CODILIS & ASSOCIATES, P.C. )<br>(CODILIS); and FEDERAL HOME LOAN )<br>MORTGAGE CORPORATION (FREDDIE )<br>MAC), )<br> )<br>　　　　　Defendants. ) | Case No: 18-cv-07584 |

**NOTICE OF MOTION**

TO:　　James Stewart
　　　　8132 S Harvard
　　　　Chicago Il 60620
　　　　312 217 0492
　　　　Cnajames1961@yahoo.com

PLEASE TAKE NOTICE that on the 19th day of February 2019, at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Hon. John Robert Blakey, or any Judge sitting in his stead, in the courtroom usually occupied by him, Room 1203, U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached *Federal Home Loan Mortgage Corporation's Motion to Dismiss James Stewart's Complaint*, a copy of which is hereby served upon you.

Dated: February 12, 2019　　　　　　　FEDERAL HOME LOAN MORTGAGE
　　　　　　　　　　　　　　　　　　　　CORPORATION

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Susan J. Miller Overbey
　　　　　　　　　　　　　　　　　　　　　　　One of its Attorneys

　　　　　　　　　　　　　　　　　　　　Susan J. Miller Overbey (soverbey@burkelaw.com)
　　　　　　　　　　　　　　　　　　　　Burke, Warren, MacKay & Serritella, P.C.
　　　　　　　　　　　　　　　　　　　　330 North Wabash Avenue, 21st Floor
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60611
　　　　　　　　　　　　　　　　　　　　Telephone:　　(312) 840-7000
　　　　　　　　　　　　　　　　　　　　Facsimile:　　(312) 840-7900

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2019, I electronically filed the foregoing *Notice of Motion* and *Federal Home Loan Mortgage Corporation's Motion to Dismiss Stewart's Complaint* (the "Motion") using the CM/ECF system and placing true and correct copies of same in a properly addressed envelope with correct postage attached in the U.S. Mail before the hour of 5:00 p.m. and by electronic mail from 330 N. Wabash Avenue, 21st Floor, Chicago, Illinois 60611, to:

>James Stewart
>8132 S. Harvard
>Chicago, IL 60620
>Cnajames1961@yahoo.com

/s/ William Daitsman
William Daitsman

15485\00901\4833-7360-8580.v4