FILED
FEB 13 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STEWART, JAMES
    Plaintiff

-v-

JPMORGAN CHASE
BANK N.A (JP CREDITOR)

JPMORGAN CHASE BANK
 NATIONAL ASSOCIATION (JP SERVICER)

MC CALLA RAYMER
PIERCE.LLC (MRLP);

CODILIS & ASSOCIATES P.C (CODILIS)

FEDERAL HOME LOAN MORTGAGE
CORPORATION (FREDDIE MAC)

CASE# 1:18-cv-07584

Judge John Robert Blakey

Magistrate Judge Young B. Kim

## MOTION

COME NOW Plaintiff James Stewart who moves this court for an order of cost to summon defendants.

Plaintiff on or about November 15, 2018 issue a waiver of service to the defendants

JPMORGAN CHASE BANK N.A, JPMORGAN CHASE BANK NATIONAL ASSOCIATION, and FEDERAL HOME

LOAN MORTGAGE CORPORATION

On or about December 10, 2018 Plaintiff was notice that JPMORGAN CHASE BANK N.A and

JPMORGAN CHASE BANK NATIONAL ASSOCIATION would not be waiving service of summons.

FEDERAL HOME LOAN MORTGAGE CORPORATION did not respond to the wavier of service.

Page 1 of 3                                                                                                                             Tuesday, February 12, 2019

Plaintiff has incurred the following cost to summon the defendants who did not waive service of summons, pursuant to FEDERAL RULES OF CIVIL PROCEDURE Rule 4(d)(2)(A)(B).

(2) *Failure to Waive.* If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant:

(A) the expenses later incurred in making service; and

(B) the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses.

| | |
|---|---|
| JPMORGAN CHASE BANK N.A | 30.00 |
| JPMORGAN CHASE BANK NATIONAL ASSOCIATION | 30.00 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | 65.00 |
| Cost of travel to served JPMORGAN | 10.00 |
| TOTAL | 135.00 |

WHEREFORE Plaintiff demands cost of failure of Defendants not waiving service of summons and any other relief this court may grant.

Respectfully

/s/James Stewart
James Stewart
8132 S Harvard
Chicago Il 60620
312 217 0492
Cnajames1961@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2019, I electronically filed the foregoing Motion for cost for failure to waive service of summons using the CM/ECF system and placing true and correct copies of same in a properly addressed envelope with correct postage attached in the U.S. Mail to:

Susan J. Miller Overbey (soverbey@burkelaw.com)
Burke, Warren, MacKay & Serritella, P. C.
330 North Wabash Avenue, 21 st Floor
Chicago Illinois 60611
Telephone: 312 840 7000
Facsimile : 312 840 7900

Cavalier Courier & Process Service
823-C South King Street
Leesburg, VA 20175
Phone: (703) 431-7085

**INVOICE**



Invoice #CAV-2019000612
1/22/2019

James Stewart
Pro Se
8132 S. Harvard
Chicago, IL 60620

**Case Number: Northern 1:18CV107584**

Plaintiff:
**Stewart, James**

Defendant:
**Federal Home Loan Mortgage Corporation; et al**

Served: 1/22/2019 1:27 pm
To be served on: Federal Home Loan Mortgage Corporation

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Serve - Routine (Northern Virginia) | 1.00 | 65.00 | 65.00 |
| TOTAL CHARGED: | | | $65.00 |
| 1/22/2019    Pre-Payment | | | 65.00 |
| BALANCE DUE: | | | $0.00 |

Thank you for your business!

Thanks for your business. Please reference this invoice number with your payment.
You can pay this invoice online via LawPay. Access via http://cavaliercps.com/pay

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0g

Page 1 / 1

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

Stewart, James
_____
*Plaintiff(s)*

v.

Civil Action No. 1:18-CV-07584

JPMorgan Chase Bank N.A
_____
*Defendant(s)*

Judge John Robert Blakey

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
JPMorgan Chase Bank N.A
CT Corporation System
208 S LaSalle St Suite 814
Chicago IL 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
James Stewart
8132 S Harvard
Chicago IL 60620

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: DEC 10 2018

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __JP Morgan Chase bank N.a__
was received by me on *(date)* __Dec/17/2018__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Khalilah Stacks__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __JP Morgan chase bank N.A__ on *(date)* __dec/17/2018__ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __Female black/brown 5,9 Medium hair length brown eyes glasses__

My fees are $ _____ for travel and $ __30.00__ for services, for a total of $ __30.00__ .

I declare under penalty of perjury that this information is true.

Date: __Dec/17/2018__

Server's signature

__Zekar Stewart__
Printed name and title

__8132 S. Harvard__
Server's address

__Chicago IL 60620__

Additional information regarding attempted service, etc:

FILED
DEC 17 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

2018 DEC 17 PM 1:22

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

Stewart, James  
*Plaintiff(s)*

v.

JPMorgan Chase Bank National Association  
*Defendant(s)*

Civil Action No. 1:18-CV-07584

Judge John Robert Blakey

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
JP Morgan Chase Bank  
National Association  
CT Corporation System  
208 S LaSalle St Suite 814 Chicago IL 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Stewart  
8132 S Harvard  
Chicago IL 60620

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: DEC 10 2018

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JP Morgan Chase bank national Assiociati
was received by me on *(date)* Dec/17/2018.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Khalilah Starks, who is designated by law to accept service of process on behalf of *(name of organization)* JP Morgan Chase bank National Assiociation on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: black/brow female 5'8 medium length hair brown eyes glasses

My fees are $ _____ for travel and $ 30 for services, for a total of $ 30.00

I declare under penalty of perjury that this information is true.

Date: Dec/17/2018

Server's signature

Zekur Stewart
Printed name and title

8132 S. harvard
Server's address

Chicago IL 60620

FILED
DEC 17 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

2018 DEC 17 PM 1:22

Additional information regarding attempted service, etc: