

**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR 17 2019 LA

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| STEWART, JAMES<br>Plaintiff<br>-v-<br><br>JPMorgan Chase Bank N.A.<br><br>JPMORGAN CHASE BANK<br>NATIONAL ASSOCIATION<br><br>MC CALLA RAYMER<br>PIERCE.LLC (MRLP);<br><br>~~CODILIS & ASSOCIATES P.C (CODILIS)~~<br><br>FEDERAL HOME LOAN MORTGAGE<br>CORPORATION (FREDDIE MAC)<br><br>EXPERIAN INFORMATION SOLUTIONS INC<br><br>TRANSUNION<br><br>~~FIRST AMERICAN TITLE INSURANCE~~<br><br>Defendants | CASE# CASE# 1:18-cv-07584<br>Judge John Robert Blakey<br><br>Magistrate Judge Young B. Kim |

### NOTICE OF FILING SUPPLEMENT TO EXHIBITS

NOW COMES James Stewart who files this notice of supplement, after finding the exhibits missing the Experian response to Plaintiff dispute Mr. Stewart files this notice of supplement information that was missing.

Respectfully

/s/James Stewart
James Stewart
8132 S Harvard
Chicago Illinois 60620
312 217 0492

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2019, I electronically filed the foregoing notice of supplement using the CM/ECF system and email to:

Susan J. Miller Overbey (soverbey@burkelaw.com)
Burke, Warren, MacKay & Serritella, P. C.
Pierce, LLC
330 North Wabash Avenue, 21 st Floor
Chicago Illinois 60611
Telephone: 312 840 7000

Brian R. Merfeld
McCalla Raymer Leibert
1 N. Dearborn, Suite 1200
Chicago, IL 60602
Bar ID Number: 6280615
T:312-676-7368
F: 312 840 7900
Brian.Merfeld@mccalla.com

**Attorneys for Trans Union**
**Katherine Elisabeth Carlton Robinson**
Schuckit & Associates, P.c.
4545 Northwestern Drive
Zionsville, IN 46077
(317) 363-2400
Email: krobinson@schuckitlaw.com,
*ATTORNEY TO BE NOTICED*

**Laura K. Rang**
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
317-363-2400
Email: lrang@schuckitlaw.com,
*ATTORNEY TO BE NOTICED*

**Michael Joseph Sreenan**
Michael J. Sreenan
1341 West Fullerton Avenue, No. 175
Chicago, IL 60614
(773)549-8700 Email:
*ATTORNEY TO BE NOTICED*

**Robert J Weyreter**
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
, 317-363-2400

*ATTORNEY TO BE NOTICED*

PO Box 9701
Allen, TX 75013

JAMES M STEWART
8132 S HARVARD
CHICAGO IL 60620



## Dispute Results

Report # 2357-5343-45 for 11/19/18

# JAMES M STEWART

## Dispute Results

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## How to read your results

**Deleted** - This item was removed from your credit report.

**Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute.

**Updated** (Your results will indicate which one of the following applies.)

• The information you disputed has been updated. Please review your report for the details.

• The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

• The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

• Information on this item has been updated. Please review your report for the details.

**Processed** - This item was either updated or deleted; Please review your report for the details.

If our reinvestigation has not resolved your dispute, you have several options:

• You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

• You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

• You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

• You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office.

If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York). If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an

JAMES M STEWART | Report # **2357-5343-45** for **11/19/18**

organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental.

If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

If no information follows, our response appeared on the previous page.

### Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (e.g. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

### Here are your results
We completed the processing of your dispute(s).

**Credit items**

CHASE MTG 465158418....
Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

### Credit items

**Before dispute**

**CHASE MTG** Partial account # 465158418....     PO BOX 24696, COLUMBUS, OH 43224 or 8008489136

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Mar 2011 | Aug 2011 | $171,730 as of Nov 2018 | |
| **Address ID #** | **Terms** | **Status** | |
| 0125936162 | 44 Years | Foreclosure proceedings started. Balloon payment of $43,300 due Date Not Reported. $22,541 past due as of Nov 2018. This account is scheduled to continue on record until Jun 2023. | |
| **Freddie Mac ID** | **Monthly payment** | | |
| 659633361 | $816 | | |
| **Type** | **Credit limit or original amount** | | |
| Mortgage | $152,099 | | |
| **Responsibility** | **High balance** | | |
| Individual | Not reported | | |
| | | **Comment:** Foreclosure proceedings started. This item was updated from our processing of your dispute in Dec 2017. | |
| | | **Date of Status** Nov 2018 | |

Payment history:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | ND | ND | 180 | 180 | 180 | ND | ND | 180 | 180 | 180 | FS | |
| 2017 | 150 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | ND |
| 2016 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 |
| 2015 | 180 | 180 | 180 | 180 | 180 | ND | ND | ND | OK | OK | OK | OK |
| 2014 | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 150 | 180 | 180 | 180 |
| 2013 | Full Year - In Good Standing ||||||||||||
| 2012 | Full Year - In Good Standing ||||||||||||
| 2011 | | | | | | | | | | | | OK |

**Account History *** (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Oct18 | Sep18 | Aug18 | May18 | Apr18 | Mar18 | Nov17 | Oct17 | Sep17 | Aug17 | Jun17 | May17 | Apr17 | Feb17 | Feb17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 171,411 | 171,121 | 170,816 | 168,824 | 168,518 | 168,094 | 163,813 | 163,624 | 163,199 | 150,456 | 150,456 | 150,456 | 150,456 | 150,456 | 150,456 |
| DPR | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 |
| SPA ($) | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Dec16 | Nov16 |
|---|---|---|
| AB ($) | 150,456 | 150,456 |
| DPR | Jul29 | Jul29 |
| SPA ($) | 816 | 816 |
| AAP ($) | ND | ND |

The original amount of this account was $152,099

**After dispute**

ex 19

Stc 59

JAMES M STEWART | Report # 2357-5343-45 for 11/19/18

**CHASE MTG** Partial account # 465158418.... PO BOX 24696, COLUMBUS, OH 43224 or 8008489136

| Date opened | First reported | Recent balance | Status |
|---|---|---|---|
| Mar 2011 | Feb 2012 | $171,730 as of Nov 2018 | Foreclosure proceedings started. $22,541 past due as of Nov 2018. |
| Address ID # 0125936162 | Terms Not reported | | |
| Freddie Mac ID 659633361 | Monthly payment $816 | | This account is scheduled to continue on record until May 2023. |
| Type Mortgage | Credit limit or original amount $190,350 | | Comment: Foreclosure proceedings started. This item was updated from our processing of your dispute in Nov 2018. |
| Responsibility Individual | High balance Not reported | | Date of Status Nov 2018 |

**Payment history**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | ND | ND | 180 | 180 | 180 | ND | ND | 180 | 180 | 180 | FS | |
| 2017 | 150 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | ND |
| 2016 | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | |
| 2015 | 180 | 180 | 180 | 180 | 180 | ND | ND | ND | OK | OK | OK | OK |
| 2014 | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 150 | 180 | 180 | 180 |
| 2013 | Full Year - In Good Standing ||||||||||||
| 2012 | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account History** * (^B = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Oct18 | Sep18 | Aug18 | May18 | Apr18 | Mar18 | Nov17 | Oct17 | Sep17 | Aug17 | Jun17 | May17 | Apr17 | Feb17 | Feb17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 171,411 | 171,121 | 170,816 | 168,824 | 168,518 | 168,094 | 163,813 | 163,624 | 163,199 | 150,456 | 150,456 | 150,456 | 150,456 | 150,456 | 150,456 |
| DPR | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 |
| SPA ($) | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Dec16 | Nov16 |
|---|---|---|
| AB ($) | 150,456 | 150,456 |
| DPR | Jul29 | Jul29 |
| SPA ($) | 816 | 816 |
| AAP ($) | ND | ND |

The original amount of this account was $190,350

## Payment History Legend

| | | |
|---|---|---|
| OK Current/Terms of agreement met | CRD Creditor received deed | G Claim filed with government |
| 30 Account 30 days past due | FS Foreclosure proceedings started | D Defaulted on contract |
| 60 Account 60 days past due | F Foreclosed | C Collection |
| 90 Account 90 days past due | VS Voluntarily surrendered | CO Charge off |
| 120 Account 120 days past due | R Repossession | CLS Closed |
| 150 Account 150 days past due | PBC Paid by creditor | ND No data for this time period |
| 180 Account 180 days past due | EC Insurance claim | |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your account history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data

ex 19

Ste60

JAMES M STEWART | Report # 2357-5343-45 for 11/19/18

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit items

**CHASE MTG** Partial account # 465158418....   PO BOX 24696, COLUMBUS, OH 43224 or (800) 848 9136

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Mar 2011 | Feb 2012 | $171,730 as of Nov 2018 | |
| Address ID # | Terms | Status | |
| 0125936162 | Not reported | Foreclosure proceedings started. $22,541 past due as of Nov 2018. | |
| Freddie Mac ID 659633361 | Monthly payment $816 | | |
| Type Mortgage | Credit limit or original amount | This account is scheduled to continue on record until May 2023. | |
| Responsibility Individual | $190,350 | Comment: | |
| | High balance Not reported | Foreclosure proceedings started. This item was updated from our processing of your dispute in Nov 2018. Date of Status Nov 2018 | |

Payment history:

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | ND | ND | 180 | 180 | 180 | ND | ND | 180 | 180 | 180 | FS | |
| 2017 | 150 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | ND |
| 2016 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 |
| 2015 | 180 | 180 | 180 | 180 | 180 | ND | ND | ND | OK | OK | OK | OK |
| 2014 | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 150 | 180 | 180 | 180 |
| 2013 | Full Year - In Good Standing ||||||||||||
| 2012 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|         | Oct18 | Sep18 | Aug18 | May18 | Apr18 | Mar18 | Nov17 | Oct17 | Sep17 | Aug17 | Jun17 | May17 | Apr17 | Feb17 | Feb17 |
|---------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)  | 171,411 | 171,121 | 170,816 | 168,824 | 168,518 | 168,094 | 163,813 | 163,624 | 163,199 | 150,456 | 150,456 | 150,456 | 150,456 | 150,456 | 150,456 |
| DPR     | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 |
| SPA ($) | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
|         | Dec16 | Nov16 | | | | | | | | | | | | | |
| AB ($)  | 150,456 | 150,456 | | | | | | | | | | | | | |
| DPR     | Jul29 | Jul29 | | | | | | | | | | | | | |
| SPA ($) | 816 | 816 | | | | | | | | | | | | | |
| AAP ($) | ND | ND | | | | | | | | | | | | | |

The original amount of this account was $190,350

--- End of Report ---

JAMES M STEWART | Report # 2357-5343-45 for 11/19/18

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

www.experian.com   JAMES M STEWART | Report # 2357-5343-45 for 11/19/18

THIS PAGE INTENTIONALLY LEFT BLANK

ex 19   Ste 63