**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **Case No. 1:18-cv-07584** |
| | ) | **Honorable Mary M. Rowland** |
| JPMORGAN CHASE BANK N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**FIRST AMERICAN'S MOTION TO DISMISS COUNT V
OF THE SECOND AMENDED COMPLAINT**

Defendant First American Title Insurance Company ("First American Title") moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for the entry of an order dismissing Count V of the Second Amended Complaint. In support of its Motion, First American Title states as follows:

In his Second Amended Complaint, Plaintiff James Stewart ( "Stewart") has asserted claims against First American Title for purported breach of contract (Count IV) and purported violations of the Illinois Insurance Code ("the Insurance Code") (Count V). However, Count V must be dismissed because the Insurance Code does not apply to title insurance companies.

*A. Factual Allegations*

Stewart alleges that First American Title is a title insurance company and that it issued to Stewart an owner's policy of title insurance, policy no. OP-1624820 dated October 18,2007 in the amount of $150,000 (the "Policy"). (Am. Cmplt. ¶29, 29(a), 128-129).  Stewart alleges that he submitted a claim under the Policy to First American Title, which claim First American Title denied. (Am. Cmplt. ¶60(a)-(e), 133).  Stewart alleges that First American Title's denial of his

claim under the Policy constitutes a violation of sections 154.6(d) and 155 of the Insurance Code. (Am. Cmplt. ¶141).

### B. Argument

Pursuant to Federal Rule of Civil Procedure 12(b)(6), a defendant may move to dismiss a pleading for failure to state a claim upon which relief may be granted. Fed.R.Civ.Pro. 12(b)(6). When considering a motion to dismiss pursuant to Rule 12(b)(6), the court accepts as true all of the well-pleaded factual allegations of the complaint and inferences reasonably drawn from them. *Greenberg v. Boettcher & Co.*, 755 F.Supp. 776, 780 (N.D.Ill. 1991).

Stewart cannot state a claim against First American Title under the Insurance Code because the Insurance Code does not apply to title insurance companies. The Insurance Code expressly states that it "*shall not apply to companies now or hereafter organized or transacting business under the Title Insurance Act.*" 215 ILCS 5/451 (*italics added*). Courts have repeatedly held that the Insurance Code is not applicable to title insurance companies. *Wade v. Stewart Title Guaranty Company*, 2017 IL App (1st) 161765, ¶14 (2017); *Bank of America, N.A. v. Chicago Title Ins. Co.,* 2017 WL 2215012, at *3 (N.D. Ill. May 18, 2017); *Azran v. Fidelity National Financial, Inc.,* 2016 WL 4124286 *3 (N.D. Ill. Aug. 3, 2016).

The Illinois Appellate Court in *Wade* upheld the trial court's dismissal of the plaintiff's claim against a title insurance company alleging unreasonable delay in settling a claim under section 155 of the Insurance Code. *Id.* The Court noted that the Insurance Code expressly states that it does not apply to title insurance companies. *Id*. The Court noted that unlike the Insurance Code the "Title Insurance Act does not contain a provision holding title insurance company liable for an unreasonable delay in settling a claim" but that instead, the scope of a title insurance company's liability is defined by the contract. *Id.* ¶14-15 (*citing First Midwest Bank, v. Stewart*

2

*Title Guaranty Company*, 218 Ill. 2d 326, 341 (2006). Stewart here has alleged that First American Title is a title insurance company and that he filed his claim under the Policy, which is a policy of title insurance. Accordingly, the Insurance Code does not apply and Count V should be dismissed with prejudice.

WHEREFORE, First American Title Insurance Company requests that this Court grant its motion to dismiss Count V of the Second Amended Complaint under FRCP 12(b)(6), dismiss Count V with prejudice, and grant such other and further relief as this Court deems just.

*                    *                    *

Respectfully submitted,

**FIRST AMERICAN TITLE INSURANCE COMPANY**

By: __/s/ Amy E. Daleo_____
One of Its Attorneys

J. Michael Williams (mwilliams@cohonraizes.com)
Amy E. Daleo (adaleo@cohonraizes.com)
Cohon Raizes & Regal LLP
208 South LaSalle Street, Suite 1440
Chicago, Illinois 60604
312.726.2252 (phone)
312.726.0609 (fax)