

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STEWART, JAMES

Plaintiff                      CASE# 1:18-cv-07584

-v-                             Judge Mary Rowland

JPMorgan Chase & Co d/b/a
JPMorgan Chase Bank N.A.
JPMORGAN CHASE BANK NATIONAL ASSOCIATION

MC CALLA RAYMER
PIERCE.LLC (MRLP);

FEDERAL HOME LOAN MORTGAGE
CORPORATION (FREDDIE MAC

EXPERIAN INFORMATION SOLUTIONS INC

TRANSUNION

FIRST AMERICAN TITLE INSURANCE

Defendants

### NOTICE OF CORRECTING FILING SUPPLEMENT TO EXHIBITS 3

NOW COMES, James Stewart who files this notice of correcting supplement to exhibits 3.

Respectfully submitted

/s/James Stewart
James Stewart
8132 S Harvard
Chicago Illinois 60620 Cnajames1961@yahoo.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 25 day of February 2020. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system. Plaintiff also has email the parties a copy of this notice.

*ATTORNEYS TO BE NOTICED*

| | |
|---|---|
| Susan J. Miller Overbey<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 North Wabash Avenue, 21 st Floor<br>Chicago Illinois 60611<br>Telephone: 312 840 7000<br>Facsimile : 312 840 7900<br>soverbey@burkelaw.com | Brian R. Merfeld<br>McCalla Raymer Leibert Pierce, LLC<br>Street address: 1 N. Dearborn, Suite1200<br>City/State/Zip: Chicago, IL 60602<br>Bar ID Number: 6280615<br>312-676-7368<br>Email Brian.Merfeld@mccalla.com |
| **Katherine Elisabeth Carlton Robinson**<br>Schuckit & Associates, P.c.<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br>(317) 363-2400<br>Email: krobinson@schuckitlaw.com,<br>*ATTORNEY TO BE NOTICED* | **Laura K. Rang**<br>Schuckit & Associates, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br>317-363-2400<br>Email: lrang@schuckitlaw.com,<br>*ATTORNEY TO BE NOTICED* |
| **Michael Joseph Sreenan**<br>Michael J. Sreenan<br>1341 West Fullerton Avenue, No. 175<br>Chicago, IL 60614<br>(773)549-8700<br>Email: msreenan@sreenanpc.com,<br>*ATTORNEY TO BE NOTICED* | Jamie N. Ward<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601.1692<br>Telephone: +1.312.782.3939<br>Facsimile: +1.312.782.8585<br>jamieward@jonesday.com |
| J. Robert Weyreter, Esq. (IN #3540549)<br>Schuckit & Associates, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br>Telephone: 317-363-2400<br>Fax: 317-363-2257<br>jweyreter@schuckitlaw.com | |

# SUPPLEMENT



2020 FEB 27 PM 5:46
CLERK
U.S. DISTRICT COURT

# SUPPLEMENT

ex 25

# EQUIFAX

## CREDIT FILE : December 6, 2017
## Confirmation # 7338012983



P. O. Box 105518
Atlanta, GA 30348

00000540 3 F0ECA12071709431400000 01 000000
002691076-6972
JAMES M STEWART
8132 S HARVARD AVE
CHICAGO, IL 60620-1707

Dear JAMES M STEWART:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

* We request that the reporting company verify the accuracy of the information you disputed;

* We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

* We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

* You may add a statement of up to 100 words (200 words for Maine residents) to your credit report. If you provide a consumer statement that contains medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

* You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.

* You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.ai.equifax.com/CreditInvestigation/home.action. You may also mail your documents to PO Box 740256, Atlanta GA 30348 or contact us by calling a Customer Representative at (888) 425-7961 from 9:00 a.m. to 5:00 p.m. Monday - Friday in your time zone.

* You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

Ste 80

( Continued On Next Page )          Page 1 of 6          7338012983APPLADM-002691076- 6972 - 12534 - A



## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

* If an item states "**Deleted**", we have removed it from your credit report and taken steps so it does not reappear.
* If an item states "**Verified as Reported**", the reporting company has certifed it is reporting accurately.
* If an item states "**Updated**", we have updated one or more fields on the item based on information received from the reporting company.

### The Results Of Our Reinvestigation

### Credit Account Information
(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)

| Account History Status Code Descriptions | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |
|---|---|---|---|

>>> **We have researched the credit account. Account # - 465158418* The results are:** We verified that this item belongs to you. This account has been updated. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: Chase MTG, PO Box 24696, Columbus OH 43224-0696 Phone: (800) 848-9136

**Chase MTG**    PO Box 24696 Columbus OH 43224-0696 : (800) 848-9136

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 465158418* | 03/01/2011 | $190,350 | $0 | | Monthly | 73 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/06/2017 | $163,813 | $12,581 | 07/2016 | $0 | $816 | 08/2016 | | | $0 | | $43,300 | | |

Status - Over 120 Days Past Due; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Individual Account; ADDITIONAL INFORMATION - Foreclosure Process Started; Conventional Mortgage; 180 Days or More Past Due;

| Account History with Status Codes | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 5 | 4 | 3 | 2 | 1 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | | | | | | | | | | | | | | | |
| | 6 | 5 | 4 | 3 | 2 | 1 | | | | | | | | | | | | | | | |



( Continued On Next Page )

7338012983APPLADM-002691076- 6972 - 12534 - A



| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 11/17 | No Data Available | | | | | | | | |
| 10/17 | $163,624 | $816 | | 7/1/2016 | $190,350 | | $11,749 | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; 180 Days or More Past Due | | | | | | | | | |
| 09/17 | $163,199 | $816 | | 7/1/2016 | $190,350 | | $10,904 | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; 180 Days or More Past Due | | | | | | | | | |
| 08/17 | $150,456 | $816 | | 7/1/2016 | $190,350 | | $10,060 | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; 180 Days or More Past Due | | | | | | | | | |
| 07/17 | $150,456 | $816 | | 7/1/2016 | $190,350 | | $9,215 | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; 180 Days or More Past Due | | | | | | | | | |
| 06/17 | $150,456 | $816 | | 7/1/2016 | $190,350 | | $8,371 | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified; 180 Days or More Past Due | | | | | | | | | |
| 05/17 | $150,456 | $816 | | 7/1/2016 | $152,099 | | $7,526 | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified; 180 Days or More Past Due | | | | | | | | | |
| 04/17 | $150,456 | $816 | | 7/1/2016 | $152,099 | | $6,682 | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified; 180 Days or More Past Due | | | | | | | | | |
| 03/17 | $150,456 | $816 | | 7/1/2016 | $152,099 | | $5,837 | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified; 120 Days Past Due | | | | | | | | | |
| 02/17 | $150,456 | $816 | | 7/1/2016 | $152,099 | | $4,993 | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified; 180 Days or More Past Due | | | | | | | | | |
| 01/17 | $150,456 | $816 | | 7/1/2016 | $152,099 | | $4,148 | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified | | | | | | | | | |
| 12/16 | $150,456 | $816 | | 7/1/2016 | $152,099 | | $3,332 | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified; 120 Days Past Due | | | | | | | | | |
| 11/16 | $150,456 | $816 | | 7/1/2016 | $152,099 | | $2,499 | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified | | | | | | | | | |




## CREDIT FILE : December 6, 2017

**Confirmation # 7338012983**

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/16 | $150,456 | $816 | | 7/1/2016 | $152,099 | | $1,666 | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified ||||||||||
| 09/16 | $150,456 | $816 | | 7/1/2016 | $152,099 | | $833 | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified ||||||||||
| 08/16 | $150,456 | $816 | $833 | 7/1/2016 | $152,099 | | | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified ||||||||||
| 07/16 | $150,606 | $816 | $833 | 6/1/2016 | $152,099 | | | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified ||||||||||
| 06/16 | $150,757 | $816 | $833 | 5/1/2016 | $152,099 | | | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified ||||||||||
| 05/16 | $150,907 | $816 | $833 | 4/1/2016 | $152,099 | | | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified ||||||||||
| 04/16 | $151,057 | $816 | $753 | 3/1/2016 | $152,099 | | | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified ||||||||||
| 03/16 | $151,206 | $737 | $753 | 2/1/2016 | $152,099 | | | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified ||||||||||
| 02/16 | $151,356 | $737 | $753 | 1/1/2016 | $152,099 | | | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified ||||||||||
| 01/16 | $151,505 | $737 | $753 | 12/1/2015 | $152,099 | | | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified ||||||||||
| 12/15 | $151,654 | $737 | $753 | 11/1/2015 | $152,099 | | | Conventional Re Mortgage | |
| Additional Information: Freddie Mac Account; Loan Modified ||||||||||



Prepared for: JAMES MONROE STEWART
Date: December 13, 2017
Report number: 0722-9902-02

**Page 3 of 18**

## Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

**How to read your results**

**Deleted -** This item was removed from your credit report.

**Remains -** The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute.

**Updated** (Your results will indicate which one of the following applies.)
- The information you disputed has been updated. Please review your report for the details.
- The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.
- The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.
- Information on this item has been updated. Please review your report for the details.

**Processed -** This item was either updated or deleted; Please review your report for the details.

If our reinvestigation has not resolved your dispute, you have several options:

- You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

- You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

- You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office.

If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes.

0207242416



Prepared for: JAMES MONROE STEWART
Date: December 13, 2017
Report number: 0722-9902-02

or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York). If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental.

If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (e.g. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Here are your results

We have completed the processing of your dispute(s).

### Still pending

CHASE MTG 465158418....
Projected completion date: Jan 04, 2018

Visit experian.com/status to check the status of your pending disputes at any time.

0207242416

**experian**™

Your accounts that may be considered negative (continued)

| | | | | | |
|---|---|---|---|---|---|
| **CHASE MTG**<br>PO BOX 24696<br>COLUMBUS OH 43224<br>**Phone number**<br>(800) 848 9136<br>**Partial account number**<br>465158418....<br>**Address identification number**<br>0125936162<br>**Freddie Mac ID**<br>659633361 | **Date opened**<br>Mar 2011<br>**First reported**<br>Aug 2011<br>**Date of status**<br>Nov 2017 | **Type**<br>Mortgage<br>**Terms**<br>44 Years<br>**Monthly payment**<br>$816 | **Credit limit or original amount**<br>$190,350<br>**High balance**<br>Not reported | **Recent balance**<br>$163,813 as of Nov 2017 | **Responsibility**<br>Individual<br>**Status**<br>Foreclosure proceedings started. Balloon payment of $43,300 due Aug 2055. $12,581 past due as of Nov 2017. This account is scheduled to continue on record until May 2023.<br>**Comment:**<br>Foreclosure proceedings started.<br>This item was updated from our processing of your dispute in Feb 2017. |

**Payment history**

| 2017 | | 2016 | | 2015 | | 2014 | |
|---|---|---|---|---|---|---|---|
| NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN | | DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN | | DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN | | DEC NOV OCT SEP AUG JUL JUN | |
| FS 180 180 180 180 180 180 180 180 180 150 | | | | | | ND ND ND 180 180 180 180 180 180 180 150 | |

| 2013 | 2012 | 2011 |
|---|---|---|
| MAY APR MAR FEB JAN | DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN | DEC NOV OCT SEP AUG |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

| | = Account balance ($) | | = Date payment received | | = Scheduled payment amount ($) | | = Actual amount paid ($) |

| | Oct17 | Sep17 | Aug17 | Jun17 | May17 | Apr17 | Feb17 | Feb17 | Dec16 | Nov16 | Oct16 | Sep16 | Aug16 | Jul16 | Jun16 | May16 | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB | 163,624 | 163,199 | 150,456 | 150,456 | 150,456 | 150,456 | 150,456 | 150,456 | 150,456 | 150,456 | 150,456 | 150,456 | 150,456 | 150,606 | 150,757 | 150,907 | 151,057 | 151,206 | 151,356 | 151,505 | 151,654 |
| DPR | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jul29 | Jun30 | May31 | Apr29 | Mar29 | Feb29 | Jan19 | Dec31 | Nov25 |
| SPA | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 816 | 737 | 737 | 737 | 737 |
| AAP | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | 833 | 833 | 833 | 833 | 753 | 753 | 753 | 753 |

*** 311116137-029 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

12/06/2017

 TransUnion

P7OZN800202872-I036531-043310870

JAMES MONROE STEWART
8132 S HARVARD AVE
CHICAGO, IL 60620-1707

Our investigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

Please follow the 'How to read your results' section on the next page to help guide you in understanding the results of our investigation. If our investigation has not resolved your dispute, you have several options:

- You may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

- You may provide us additional information or documents about your dispute to help us resolve it by visiting www.transunion.com/dispute and indicating you are filing a repeat dispute. You will be prompted to add additional information you feel is relevant to your dispute as well as upload supporting documentation.

- You may file a complaint about TransUnion, or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a more detailed description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs.

P 7OZN8-002 02872-I036531 01/16



Ste87

## How to read your results

The results of our investigation of your dispute consists of two sections: 1) the Investigation Results Summary which appears below, and 2) the attached view of how the disputed item(s) that remain on your credit report now appear(s). If an item you disputed is not listed, it means that the item was not appearing in your credit report or it already reflected the requested status at the time of our investigation. Items deleted from your credit report will not appear in the attached credit report detail and if no credit report detail is attached following the Investigation Results summary, you may view a free full copy of your credit report by visiting www.transunion.com/fullreport.

The following key provides you a more complete description of our investigation results of the items you disputed:

**DELETED:** The disputed item was removed from your credit report.

**DISPUTE NOT SPECIFIC; VERIFIED AND UPDATED:** The item was verified as belonging to you and other account information has changed or the item was updated to reflect recent activity.

**DISPUTED INFORMATION UPDATED:** A change was made to the item based on your dispute.

**DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:** A change was made to the item based on your dispute and other information unrelated to your dispute has changed.

**INFORMATION DELETED:** The item was removed from your credit report.

**INFORMATION UPDATED:** A change was made to the item.

**NO UPDATE NECESSARY:** The disputed information already reflects the requested status.

**REINSERTED:** This previously deleted item has now been verified; therefore, it has been reinserted into your credit report.

**VERIFIED AS ACCURATE:** The disputed information was verified as accurate and no change was made to the item.

**VERIFIED AS ACCURATE AND UPDATED:** The disputed information was verified as accurate; however, other information has changed and/or the item was updated to reflect recent activity.

## Investigation Results Summary

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| CHASE CORPORATION<br>P O BOX 24696<br>COLUMBUS, OH 43224<br>(800) 848-9136 | # 465158418**** | DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED |




P 7OZN8-002 02872-I036532 0:

ex 25

Ste88

### CHASE CORPORATION #465158418**** ( P O BOX 24696, COLUMBUS, OH 43224, (800) 848-9136 )

| | | | |
|---|---|---|---|
| Date Opened: 03/18/2011 | Balance: $163,813 | Pay Status: >Account 120 Days Past Due Date< | |
| Responsibility: Individual Account | Date Updated: 11/06/2017 | Terms: $816 per month, paid Monthly for 528 months | |
| Account Type: Mortgage Account | Last Payment Made: 07/29/2016 | | |
| Loan Type: CONVENTIONAL REAL ESTATE MTG | High Balance: $190,350 | >Maximum Delinquency of 120 days in 08/2014 and in 11/2017 for $12,581< | |
| | Past Due: >$12,581< | | |

Special Payment: Balloon payment of $43,300 due on 08/01/2055
Mortgage Info: Freddie Mac Acct #659633361
Remarks: >FORECLOSURE INITIATED<
Estimated month and year that this item will be removed: 07/2023

| | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 90 |

| | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | X | X | X | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 |
|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | X |



Case: 1:18-cv-07584 Document #: 124 Filed: 06/29/20 Page 14 of 16 PageID #:1236

P 7OZN8-002 02872-I036536 06/16

CX 25

Ste 89

11/21/2017

JAMES STEWART                                    Chase
8132 S HARVARD                                   P.O. Box 183166
CHICAGO ILLINOIS 60620                           Columbus OH 43218-3166
312 217 0492

Dear Chase I dispute the following listed with the foregoing credit reporting agencies.

Dear TRANSUNION

I dispute the account Chase MTG, Partial account number xxxxxxxxx 2139 this is not my account. If it is found to be my account the status of this account is incorrect. If it is found the status is correct, the amount is incorrect.

CERTIFIED MAIL    7016 0910 0001 1243 6672

Dear EXPERIAN

I dispute the account Chase MTG, Partial account number 465158418......this is not my account. If it is found to be my account the status of this account is incorrect. If it is found the status is correct then the amount is incorrect.

Dear EXQUIFAX

I dispute the account Chase MTG, Partial account number 465158418......this is not my account. If it is found to be my account the status of this account is incorrect. If it is found the status is correct then the amount is incorrect.

CERTIFIED MAIL    7016 0910 0001 1243 6658

Respectfully


James Stewart

CERTIFIED MAIL 7016 0910 0001 1243 6399


ex 25

Ste 90


BALANCE

JAMES STEWART
8132 S HARVARD AVE
CHICAGO, IL 60620

RE: Freddie Mac Loan # 659633361
Servicer Name: JPMORGAN CHASE BANK NA
Servicer Loan #: 1584182139
Property Address: 8132 S HARVARD AVE
CHICAGO, IL 60620

January 31st, 2016

Dear JAMES STEWART:

We are a nonprofit HUD-approved housing counseling agency, and we have been asked by Freddie Mac to make available to you free financial and housing counseling. Freddie Mac is the owner of your mortgage and was recently notified by your mortgage lender, JPMORGAN CHASE BANK NA, that your loan has become delinquent. Freddie Mac has retained us to work with you to see whether our financial counseling can help resolve the delinquency.

Balance is not a collection agency. As a nonprofit housing counseling agency, we share your interest in seeing you keep your home and maintain your credit reputation. A mortgage delinquency is a serious matter. Balance can assist you in working with your lender to make suitable arrangements to resolve your delinquent payments.

Please call us today at **1-877-511-2272** or visit our website at https://freddiemac.balancepro.org to learn what options are available. These options may include:
1. **Forbearance:** You may be permitted to pay less than the full amount due or no payments for a period of time. At the end of the forbearance, the loan would need to be:
   a. Reinstated
   b. Paid off in full
   c. Another workout option may be approved.
2. **Repayment Plan:** You may be permitted to repay the total amount you are behind over the course of several months. Example: Delinquent amount of $2,000.00 paid over 6 months = $333.33, plus your regular payment of $600.00. Total payment for 6 months would be $933.33. Once current your payment would revert back to the $600.00.
3. **Loan Modification:** If you can make the payments on your loan, but do not have enough money to pay the past due payments or you cannot afford the total amount of your current payment, your lender may be able to change one or more terms of your original loan to make the payment more affordable. For example: Delinquency $2,000.00 would be added to the principal balance and the loan re-amortized over the remaining term of the mortgage.
4. **Sale:** If you can no longer afford your home, a specific amount of time may be allowed for you to find a purchaser and pay off the total amount owed. If the property's sales value is not enough to pay the loan in full, your lender may be able to accept less than the full amount owed.

*It's important that you respond quickly because JPMORGAN CHASE BANK NA, will not stop the collection and foreclosure process. Contacting Balance will not automatically stop this process, but our trained counselors are ready now to help you explore your options.*

You may have the misconception that the lender wants to take your home back through foreclosure. This is not true. Lenders for Freddie Mac are only interested in seeing that payments are made each month as agreed in the mortgage terms. As a general rule, lenders only begin the foreclosure process when all efforts to resolve the delinquency fail.

If you have brought your loan current or are already working with JPMORGAN CHASE BANK NA, and don't require our assistance, please disregard this letter.

Sincerely,

*Rico C. Delgadillo*
Balance   ex 25

Ste 91

BALANCEPRO.ORG