

**FILED**
1/15/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STEWART, JAMES

Plaintiff                                    CASE# CASE# 1:18-cv-07584

-v-                                          Judge Mary M Rowland

JPMorgan Chase & Co d/b/a/
JPMorgan Chase Bank N.A.
JPMORGAN CHASE BANK
NATIONAL ASSOCIATION et al

MOTION TO ENFORCE SETTLEMENT AGREEMENT

NOW COMES THE PLAINTIFF JAMES STEWART who files this motion to enforce

Experian's settlement agreement.  To be heard by the HONORABLE MARY M ROWLAND

asap.

STATEMENT OF FACTS

Plaintiff completely complied with his obligations and signed documents to complete

the settlement agreement November 23, 2020 On a number of occasions plaintiff called

to follow up on the status of the consideration to be provided for settlement as of

today's date 1/15/2021 defense counsel has not responded.

Plaintiff has attempted to settle this matter without the help of the court by the

following.

12/11/2020 attempted to call but no answer.

12/22/2020 emailed Mrs. Ward, stating it's been three weeks since sending the documents to settle.

1/4/2021 Called Mrs. Ward she said she will check the status and get back with me, Mrs. Ward never did get back with Plaintiff with a status update.

1/8/2021 call Mrs. Ward and left message to call me back when she gets an opportunity.

1/11/2021 called Mrs. Ward and left message.

1/11/2021 emailed Mrs. Ward asking for an update.

1/12/2021 called Mrs. Ward and left message.

1/13/2021 emailed Mrs. Ward asking for an update.

Defense counsel has ignored repeated calls and emails and Plaintiff sense the only course of action is the filing of this motion seeing that it's been almost two months since counsel received the sign agreement.


*Federal Courts have the inherent power to enforce settlement agreements entered into by the parties.  White Farm Equipment v. Kupcho, 792 F.2d (5th Cir 1986),*  There is no question that a formal binding settlement agreement was reached in this case with Experian.    The only thing that remains is to compel Experian Counsel to provide settlement consideration.

WHEREFORE Plaintiff request that this motion be granted and the court enter an order enforcing the settlement agreement and any other relief the court deems appropriate.


/s/James Stewart
James Stewart
8132 S Harvard
Chicago Illinois 60620
312 217 0492
Cnajames1961@yahoo.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 15 **day of January 2020**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing. Plaintiff also has email the parties a copy of this notice.

*ATTORNEYS TO BE NOTICED*

| | |
|---|---|
| Susan J. Miller Overbey<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 North Wabash Avenue, 21 st Floor<br>Chicago Illinois 60611<br>Telephone: 312 840 7000<br>Facsimile : 312 840 7900<br>soverbey@burkelaw.com | Brian R. Merfeld<br>McCalla Raymer Leibert Pierce, LLC<br>Street address: 1 N. Dearborn, Suite1200<br>City/State/Zip: Chicago, IL 60602<br>Bar ID Number: 6280615<br>312-676-7368<br>Email Brian.Merfeld@mccalla.com |
| **Katherine Elisabeth Carlton Robinson**<br>Schuckit & Associates, P.c.<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br>(317) 363-2400<br>Email: krobinson@schuckitlaw.com,<br>*ATTORNEY TO BE NOTICED* | **Laura K. Rang**<br>Schuckit & Associates, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br>317-363-2400<br>Email: lrang@schuckitlaw.com,<br>*ATTORNEY TO BE NOTICED* |
| **Michael Joseph Sreenan**<br>Michael J. Sreenan<br>1341 West Fullerton Avenue, No. 175<br>Chicago, IL 60614<br>(773)549-8700<br>Email: msreenan@sreenanpc.com,<br>*ATTORNEY TO BE NOTICED* | Jamie N. Ward<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601.1692<br>Telephone: +1.312.782.3939<br>Facsimile: +1.312.782.8585<br>jamieward@jonesday.com |
| J. Robert Weyreter, Esq. (IN #3540549)<br>Schuckit & Associates, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br>Telephone: 317-363-2400<br>Fax: 317-363-2257<br>jweyreter@schuckitlaw.com | |