# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

James Stewart

                                      Plaintiff,

v.                                                            Case No.: 1:18–cv–07584
                                                                         Honorable Mary M. Rowland

JPMorgan Chase & Co, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 29, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: Telephonic hearing on Plaintiff's motion to enforce settlement agreement [170] is set for 2/5/21 at 1:00PM. Parties shall call 866–434–5269; access code 3751971. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.