FILED
8/23/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JMK

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

STEWART, JAMES

Plaintiff						CASE# CASE# 1:18-cv-07584

-v-							Judge Mary Rowland

JPMorgan Chase & Co

FIRST AMERICAN TITLE INSURANCE

COMPANY (FATIC) et. al

Defendants

NOTICE OF MOTION

TO ALTER OR AMEND OR IN THE ALTERNATIVE FOR RELIEF FROM JUGDMENT

NOW COMES, the Plaintiff who moves this court pursuant to FRCP Rule 59(e) To Alter Or Amend Judgment or in the alternative pursuant to Rule 60(b)(c) Relief From Judgment.

/s/James Stewart
James Stewart
8132 S Harvard
Chicago Illinois 60620
312 217 0492
Cnajames1961@yahoo.com