

FILED
11/9/2022
LM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STEWART, JAMES

Plaintiff

-v-

CASE# 1:18-cv-07584

Judge Mary M Rowland

JPMorgan Chase & Co d/b/a/
JPMorgan Chase Bank N.A.
JPMORGAN CHASE BANK
NATIONAL ASSOCIATION et, al

Magistrate Judge Young B Kim

Defendants

MOTION FOR ENLARGEMENT OF TIME TO FILE NOTICE OF APPEAL

Now comes, Mr. Stewart who moves the court for an enlargement of time to file notice of

appeal. Mr. Stewart is frankly over his head with a State case and preparing the Appeal in this

case and so he seeks 30 days from 11/8/2022 up to and including 12/8/2022 to file the notice of

appeal.

Plaintiff has notice Mrs. Amy Daleo and Mr. J Michael Williams counsels for FATIC who object
to the motion.

Respectfully submitted

/s/ James Stewart
James Stewart
8132 S Harvard
Chicago Illinois 60620
312 217 0492
Cnajames1961@yahoo.com

**Wednesday, November 9, 2022**

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022 I electronically filed the foregoing Motion for enlargement of time to Respond to FATIC which the CM/ECF system will send to all attorneys of record and email to FATIC:


Amy E. Daleo
208 S. LaSalle St., Suite 1440
Chicago Illinois 60604-1261
ADaleo@CohonRaizes.com
P: 312-726-2252
F: 312-726-0609
D: 312-658-2206

J. Michael Williams
208 S. LaSalle St., Suite 1440
Chicago Illinois 60604-1261
mwilliams@cohonraizes.com