# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

James Stewart

                        Plaintiff,

v.

Case No.: 1:18−cv−07584

Honorable Mary M. Rowland

First American Title Insurance Company (FATIC), et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 10, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: Pro se plaintiff James Stewart has filed a motion to enlarge the time to file a notice of appeal pursuant to Fed. R. App. Pro. 4. Defendant opposes the request. The Court is authorized to allow an extension of time to file a notice of appeal if the party "shows excusable neglect or good cause". Plaintiff asserts he is "frankly over his head with a State case and preparing the Appeal in this case." [205] at 1. Plaintiff seems to misunderstand the requirement: he need only file a NOTICE of appeal in this case at this time, not a full brief on the merits. After the notice of appeal is docketed, the court of appeals will set a briefing schedule. Since the notice of appeal is due 11/10/22 (today), the court will grant a short extension of time of 12 days to 11/22/22. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.